GEORGE A. BAKER, ALEXANDER STREET, JAMES G. HAMILTON, JOHN J. KERR, SAM'L H. WOODSON, AND ANDREW M. EISLE, Petitioners, *v.* WILLIAM PEACOCK, ADM'R OF THE ESTATE OF H. CLAY PATE, DEC'D, AND JOEL T. MORRIS, Respondents.

*Practice— Supreme Court — Scire Facias.* — Judgment of Supreme Court revived upon *scire facias.*

*Petition for a Scire Facias.*

*Douglass & Gage,* for petitioners.

Judgment was rendered and must be revived in this court —Sess. Acts 1865, pp. 45–6 ; Meyer v. Campbell, 12 Mo. 603 ; S. C. 31 Mo. 315.

HOLMES, Judge, delivered the opinion of the court.

This is a petition for a *scire facias* to revive a judgment rendered in this court at the January term, 1861—Morris v. Pate, 31 Mo. 315. A *scire facias* was awarded at the last term of this court, which is returned duly served. The defendants do not appear to show cause why the judgment should not be revived and execution issue therein.

Let the judgment be revived and execution be issued.

The other judges concur.

———

SAMUEL E. SHAW, Respondent, *v.* DANIEL POTTER, Appellant.

*Practice—Supreme Court.*—Appeal dismissed for failing to assign errors and prosecute appeal, neither party appearing.

*Appeal from Dade Circuit Court.*

WAGNER, Judge, delivered the opinion of the court.

In this case there is no appearance by either of the parties. The appellant has failed to file any assignment of errors, or statement and brief ; the appeal will therefore be dismissed. The other judges concur.